# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OFFICER JARED NEYLAND

VERSUS

NATIONAL TRUST INSURANCE
COMPANY, STEPHEN CORTS, AND
ARCHITECTURAL GLASS & METAL,
INC.

NO.  2020 CW 0724

**SEPTEMBER 28, 2020**

---

In Re:  Craig Neal and Sons, LLC, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 677794.

---

**BEFORE:  GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT